1  **DUMMIT, BUCHHOLZ & TRAPP**
   Attorneys At Law
2  11755 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-1506
3  Telephone (310) 479-0944
   Fax (310) 312-3836
4  John T. Maxwell – State Bar No.106826

5
   Attorneys for Defendant, SMILEDIRECTCLUB, LLC
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                  **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  SARA KATZ,                              Case No.: Unassigned  **'21 CV 315  MMA MSB**

12                  Plaintiff,              Complaint Filed:  August 24, 2020

13         -vs-                             **NOTICE OF REMOVAL PURSUANT TO**
                                            **28 U.S.C. §§ 1332, 1441, AND 1446**
14
    SMILEDIRECTCLUB, LLC, a business
15  organization, form unknown;
    SMILEDIRECTCLUB, a business            California State Court Docket:
16  organization, form unknown; DOES 1 to 60,  San Diego County Superior Court
    inclusive,                             Case No.: 37-2020-00029619-CU-PL-CTLV
17
18                  Defendants.

19

20

21         Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant SMILEDIRECTCLUB, LLC.,

22  d/b/a SMILEDIRECTCLUB, hereby removes the above-captioned lawsuit, Case No. 37-2020-

23  00029619-CU-PL-CTLV, previously filed in the Superior Court of the State of California, County

24  of San Diego, to the United States District Court for the Southern District of California.

25  // //

26  // //

27  // //

28  // //

I.     **REMOVAL IS PROPER PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446.**

Removal is proper pursuant to 28 U.S.C. §§ 1332, 1441, and 1146.

U.S.C. § 1441(a) states:

> "Except as otherwise expressly provided by Act of Congress, **any civil action brought in a State court** of which the district courts of the United States have original jurisdiction, **may be removed by the defendant or the defendants, to the district court of the United States for the district** and division embracing the place where such action is pending."

Furthermore, U.S.C. § 1446(a) provides in pertinent part:

> "A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and **containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.**"

As such, a defendant's notice of removal "need not contain evidentiary submissions." <u>Dart Cherokee Basin Operating Co., LLC v. Owens</u>, 574 U.S. 81, 135 S. Ct. 547, 551 (2014).

On August 24, 2020, Plaintiff SARA KATZ (hereinafter "Plaintiff") filed its Complaint in the Superior Court of the State of California in and for the County of San Diego, naming SMILEDIRECTCLUB, LLC. and SMILEDIRECTCLUB and Does 1-60 as defendants. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibits A and B**, respectively. The Complaint asserts two causes of action: (1) General Negligence; and (2) Products Liability.

On or about January 20, 2021, Plaintiff served the Complaint upon Defendants SMILEDIRECTCLUB, LLC. and SMILEDIRECTCLUB.

A.     **REMOVAL IS PROPER BECAUSE THE COURT HAS ORIGINAL DIVERSITY JURISDICTION**

U.S.C. § 1441(b)(2) states the following:

> "A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

// //

// //

1    Furthermore, U.S.C. § 1332(a)(1) states:

2        "(a) The district courts shall have original jurisdiction of all civil actions
         where the matter in controversy exceeds the sum or value of $75,000,
3        exclusive of interest and costs, and is between-- (1)  citizens of different
         States"
4

5    First, at the time of the filing of the Complaint, SMILEDIRECTCLUB, INC., incorrectly

6   named as SMILEDIRECTCLUB, LLC., and SMILEDIRECTCLUB were citizens of a different

7   state than that of Plaintiff SARA KATZ.

8        Plaintiff currently resides in San Diego, California.

9        SMILEDIRECTCLUB, INC. d/b/a SMILEDIRECTCLUB is incorporated in the state of

10   Delaware and has its principal place of business in Nashville, Tennessee.  A true and correct copy

11   of a report from the Security and Exchange Commission ("SEC") is attached hereto as **Exhibit C**.

12       Second, the amount in controversy exceeds the sum of $75,000.  Specifically, Plaintiff is

13   alleging permanent injury with special and general damages, which will easily become excess of

14   $75,000.  (**Exhibit B**, pg. 2-3).

15       Since both parties are citizens of different states and the amount in controversy exceeds

16   the sum of $75,000, removal is proper.

17       **B.    REMOVAL IS TIMELY**

18   Removal of this matter is timely pursuant to U.S.C. § 1441(b), which states:

19       "The notice of removal of a civil action or proceeding shall be filed
         **within 30 days after the receipt** by the defendant, through service or
20       otherwise, of **a copy of the initial pleading setting forth the claim for
         relief upon which such action or proceeding is based**…"
21

22       Plaintiff filed her Complaint on August 24, 2020, and thereafter served aforementioned

23   Complaint upon Defendants SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB on January

24   20, 2021.

25       Therefore, this notice is being filed within 30 days after receipt, and removal is timely.

26       **C.    ALL DEFENDANTS CONSENT TO REMOVAL**

27       Pursuant to U.S.C. § 1446(b)(2), all known Defendants, namely SMILEDIRECTCLUB,

28   INC., incorrectly named as SMILEDIRECTCLUB, LLC., and SMILEDIRECTCLUB have

1   consented to removal.  Thus, all defendants consent to the removal of this action.

2   **D.   DEFENDANTS HAVE SATISFIED THE REMAINING PROCEDURAL**

3   **REQUIREMENTS UNDER U.S.C. § 1446**

4   Pursuant to U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon

5   Defendants SMILEDIRECTCLUB, LLC., and SMILEDIRECTCLUB have been attached to this

6   Notice, as **Exhibits A and B.**

7   Pursuant to U.S.C. § 1446(d), promptly after filing of this Notice of Removal, Defendant

8   SMILEDIRECTCLUB, LLC., d/b/a SMILEDIRECTCLUB, through their counsel, shall promptly

9   provide notice to Plaintiff SARA KATZ with a written Notice of Removal to Federal Court, like

10   that attached as **Exhibit D**, which would include this Notice of Removal and its attachments.

11   Defendants shall file the Notice of Removal to Federal Court with the Superior Court of the State

12   of California, County of San Diego.

13   **II.   CONCLUSION**

14   WHEREFORE, for the reasons fully set forth above, Defendant SMILEDIRECTCLUB,

15   LLC., d/b/a SMILEDIRECTCLUB, respectfully requests that this Court assume full jurisdiction

16   over this proceeding to the exclusion of any further proceedings in state court.

17

18   DATED:  February 19, 2021                    DUMMIT, BUCHHOLZ & TRAPP

19

20                                                         By: _____

21                                                              John T. Maxwell
                                                              Attorney for Defendant, SMILEDIRECTCLUB,
22                                                              LLC, a business organization,
                                                              SMILEDIRECTCLUB, a business organization,
23                                                              form unknown

24

25

26

27

28

# EXHIBIT

# "A"

Exhibit "A"

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SMILEDIRECTCLUB; SMILEDIRECTCLUB, LLC; DOES 1 TO 60

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SARA KATZ

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**08/24/2020** at 03:49:35 PM

Clerk of the Superior Court
By Jose Hernandez,Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of California, County of San Diego,<br>Hall of Justice, 330 West Broadway<br>San Diego, CA 92101 | CASE NUMBER: *(Número del Caso):*<br>37-2020-00029619-CU-PL-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert P. Ottilie, Esq., 444 West C Street, Suite 320, San Diego, CA 92101; Tel: (619) 231-4841; Fax: (619) 231-3293

| DATE:<br>*(Fecha)* 08/25/2020 | Clerk, by<br>*(Secretario)* J. Hernandez | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* smiledirectclub, LLC

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date)* 1/20/21

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

# EXHIBIT

# "B"

Exhibit "B"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert O. Ottilie, Esq., SBN 95845<br>Attorney at Law<br>444 West C Street, Suite 320<br>San Diego, CA 92101-3597<br><br>TELEPHONE NO.: (619) 231-4841    FAX NO. (Optional): (619) 231-3293<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff SARA KATZ | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**08/24/2020** at 03:49:35 PM<br>Clerk of the Superior Court<br>By Jose Hernandez,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

PLAINTIFF: SARA KATZ

DEFENDANT: SMILEDIRECTCLUB, SMILEDIRECTCLUB, LLC

[X] DOES 1 TO 60

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE    [ ] OTHER (specify):<br>[ ] Property Damage    [ ] Wrongful Death<br>[X] Personal Injury    [X] Other Damages (specify):PRODUCT LIABILITY<br>Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded [ ] does not exceed $10,000<br>                 [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | 37-2020-00029619-CU-PL-CTL |

1. Plaintiff (name or names): SARA KATZ

   alleges causes of action against defendant (name or names):
   SMILEDIRECTCLUB, SMILEDIRECTCLUB, LLC, DOES 1 to 60

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>SARA KATZ v. SMILEDIRECTCLUB, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* SMILEDIRECTCLUB
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☒ **except** defendant *(name):* SMILEDIRECTCLUB, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 TO 60 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1 TO 60 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify):*

   All Defendants do business in this jurisdictional area.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

---

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property**
**Damage, Wrongful Death**

Page 2 of 3

PLD-PI-001

| SHORT TITLE:<br>SARA KATZ v. SMILEDIRECTCLUB, et al. | CASE NUMBER: |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☒ General Negligence

c. ☐ Intentional Tort

d. ☒ Products Liability

e. ☐ Premises Liability

f. ☐ other *(specify):*


11. Plaintiff has suffered

a. ☐ wage loss

b. ☐ loss of use of property

c. ☒ hospital and medical expenses

d. ☒ general damage

e. ☐ property damage

f. ☐ loss of earning capacity

g. ☒ other damage *(specify):*

to be proved at the time of trial

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:


13. The relief sought in this complaint is within the jurisdiction of this court.


14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages

(2) ☐ punitive damages

The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

(1) ☒ according to proof

(2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*


Date: August 24, 2020

Robert P. Ottilie
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE:<br>KATZ v. SMILEDIRECTCLUB, et al. | CASE NUMBER: |
|---|---|

<u>FIRST</u>       **CAUSE OF ACTION—General Negligence**       Page     4
   *(number)*

ATTACHMENT TO [x] Complaint     [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* SARA KATZ

   alleges that defendant *(name):* SMILEDIRECTCLUB, SMILEDIRECTCLUB, LLC

   [x] Does     1 _____   to   40 _____

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
   negligently caused the damage to plaintiff

   on *(date):* August 28, 2018

   at *(place):* San Diego, California

   *(description of reasons for liability):*

   Plaintiff paid Defendants for teeth aligners in 2018. Defendants provided Plaintiff with multiple sets of aligners. While
   using the second tray of aligners, the aligners cracked Plaintiff's tooth, a tooth on the opposite side of the mouth from the
   tooth she was attempting to realign; the cracked tooth was in the upper right and the tooth that was being realigned was on
   the lower left.

   The tooth could not be saved. It had to be extracted. Plaintiff then was required to implant a tooth. Implanting requires
   a crown on the tooth next to it. That crown ultimately cracked.

   Plaintiff used the aligners in the manner advised by Defendants.

   Plaintiff was injured as a result of the negligence of the Defendants, and each of them.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(5)

| SHORT TITLE:<br>KATZ v. SMILEDIRECTCLUB et al | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION—Products Liability**     Page ___5___
(number)

ATTACHMENT TO  [✓] Complaint   [  ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* SARA KATZ

Prod. L-1. On or about *(date):* August 28, 2018          plaintiff was injured by the following product:
Defendants' aligners they constructed and sold to Plaintiff for her teeth.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being
[✓] used in the manner intended by the defendants.
[  ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[✓] purchaser of the product.                    [✓] user of the product.
[  ] bystander to the use of the product.         [  ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. [✓] **Count One—Strict liability** of the following defendants who
a. [✓] manufactured or assembled the product *(names):*
SMILEDIRECTCLUB; SMILEDIRECTCLUB, LLC and
[✓] Does ___10___ to ___30___
b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
SMILEDIRECTCLUB; SMILEDIRECTCLUB, LLC and
[✓] Does ___15___ to ___35___
c. [✓] sold the product to the public *(names):*
SMILEDIRECTCLUB; SMILEDIRECTCLUB, LLC and
[✓] Does ___20___ to ___40___

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
SMILEDIRECTCLUB; SMILEDIRECTCLUB, LLC and
[✓] Does ___1___ to ___60___

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
SMILEDIRECTCLUB; SMILEDIRECTCLUB, LLC and
[✓] Does ___25___ to ___45___
a. [✓] who breached an implied warranty
b. [  ] who breached an express warranty which was
[  ] written   [  ] oral

Prod. L-7. [  ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[  ] listed in Attachment-Prod. L-7 [  ] as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS:     330 W Broadway
MAILING ADDRESS:    330 W Broadway
CITY AND ZIP CODE:  San Diego, CA 92101-3827
BRANCH NAME:        Central
TELEPHONE NUMBER:   (619) 450-7064

PLAINTIFF(S) / PETITIONER(S):     Sara Katz

DEFENDANT(S) / RESPONDENT(S):     SMILEDIRECTCLUB et.al.

KATZ VS SMILEDIRECTCLUB [IMAGED]

| NOTICE OF CASE ASSIGNMENT and CASE MANAGEMENT CONFERENCE | CASE NUMBER: 37-2020-00029619-CU-PL-CTL |
|---|---|

### CASE ASSIGNED FOR ALL PURPOSES TO:

Judge:  John S. Meyer                                     Department: C-64

### COMPLAINT/PETITION FILED: 08/24/2020

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 05/14/2021 | 10:00 am | C-64 | John S. Meyer |

Due to the COVID-19 pandemic, all hearings will be conducted remotely until further notice. Absent an order of the court, personal appearances at the hearing will not be allowed. For information on arranging telephonic or video appearances, contact CourtCall at (888)882-6878, or at www.courtcall.com. Please make arrangements with CourtCall as soon as possible.

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS:  The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS:  Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE:  Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES:  In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR):  THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).



Superior Court of California
County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.

This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2020-00029619-CU-PL-CTL       CASE TITLE: KATZ VS SMILEDIRECTCLUB [IMAGED]

<u>NOTICE:</u> All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
        (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
        (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), <u>and</u>
        (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| Potential Advantages | Potential Disadvantages |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Gives parties more control over the dispute resolution process and outcome | |
| • Preserves or improves relationships | |

## Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>Local ADR Programs for Civil Cases</u>

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection:</u>  Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, Individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule <u>2.2.1</u> for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules <u>Division II, Chapter III</u> and Code Civ. Proc. <u>§ 1141.10 et seq</u> or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR</u>: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>Legal Representation and Advice</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:     330 West Broadway | |
| MAILING ADDRESS:   330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME:       Central | |

| PLAINTIFF(S):   Sara Katz |
|---|
| DEFENDANT(S): SMILEDIRECTCLUB et.al. |
| SHORT TITLE:    KATZ VS SMILEDIRECTCLUB [IMAGED] |

| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: 37-2020-00029619-CU-PL-CTL |
|---|---|

Judge: John S. Meyer                                           Department: C-64

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐   Mediation (court-connected)               ☐   Non-binding private arbitration

☐   Mediation (private)                        ☐   Binding private arbitration

☐   Voluntary settlement conference (private)  ☐   Non-binding judicial arbitration (discovery until 15 days before trial)

☐   Neutral evaluation (private)               ☐   Non-binding judicial arbitration (discovery until 30 days before trial)

☐   Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____              Date: _____

Name of Plaintiff                                     Name of Defendant

Signature                                             Signature

Name of Plaintiff's Attorney                          Name of Defendant's Attorney

Signature                                             Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated:  08/25/2020                                    _____
                                                      JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)      **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**      Page: 1

# EXHIBIT

# "C"

Exhibit "C"

# SmileDirectClub, Inc.

## SEC CIK #0001775625

SEC.report (https://sec.report)  ›  /  CIK (https://sec.report/CIK)  ›  /  SmileDirectClub, Inc. (https://sec.report/CIK/0001775625)

**SmileDirectClub, Inc.** is registered with the U.S. Security and Exchange Commission and incorporated in the state of Delaware. SmileDirectClub, Inc is primarely in the business of dental equipment & supplies. For financial reporting, their fiscal year ends on December 31st. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by SmileDirectClub, Inc..

SmileDirectClub Inc is engaged in the orthodontics business. It is mainly involved in the sale of aligners, impression kits, whitening gel, and retainers. The company has one operating segment, aligner products.

### Company Details

| | |
|---|---|
| Reporting File Number | 001-39037 |
| State of Incorporation | DELAWARE |
| Fiscal Year End | 12-31 |
| Date of Edgar Filing Update | 2019-11-14 |
| SIC | 3843 [DENTAL EQUIPMENT & SUPPLIES] |
| Business Address | 414 UNION STREET<br>NASHVILLE TN 37219 |
| Business Phone | 8008487566 |
| Mailing Address | 414 UNION STREET<br>NASHVILLE<br>TN<br>37219 |
| LEI | 254900QFZEGKCURCJS93(https://lei.report/LEI/25490SmileDirectClub, Inc.0QFZEGKCURCJS93) |

| | |
|---|---|
| 10-Q Quarterly Report (/Document/0001775625-20-000048) | [latest filing - 2020-11-16 17:00:30] |
| Annual Report (/Document/0001775625-20-000007) | [latest filing - 2020-03-10 17:14:09] |
| Insider Trading Report (/CIK/0001775625/Insider-Trades) | |

### —Documents

Email Notifications  (/CIK/0001775625.rss)

| Form | Title | Date |
|---|---|---|
| 8-K | Current Report (/Document/0001104659-21-024353/) | 2021-02-16 17.03.23 |

| SC 13G/A | Ownership Acquisition Statement [Amended] (/Document/0001104659-21-023381/) | 2021-02-16 11:43:11 |
|---|---|---|
| 8-K | Current Report (/Document/0001104659-21-016943/) | 2021-02-10 00:00:00 |
| SC 13G | Ownership Acquisition Statement (/Document/0001104659-21-019104/) | 2021-02-10 00:00:00 |
| SC 13G/A | Ownership Acquisition Statement [Amended] (/Document/0001193125-21-034324/) | 2021-02-09 00:00:00 |
| SC 13G/A | Ownership Acquisition Statement [Amended] (/Document/0000315066-21-001282/) | 2021-02-08 10:33:49 |
| 8-K | Current Report (/Document/0001104659-21-012541/) | 2021-02-05 07:00:48 |
| 8-K | Current Report (/Document/0001104659-21-011918/) | 2021-02-04 07:00:54 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000018/) | 2021-01-29 17:28:28 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000017/) | 2021-01-29 17:27:11 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000015/) | 2021-01-20 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000014/) | 2021-01-19 17:02:51 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000013/) | 2021-01-19 17:02:37 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000012/) | 2021-01-19 17:02:20 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000011/) | 2021-01-19 17:02:02 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000009/) | 2021-01-19 17:01:27 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000008/) | 2021-01-19 17:01:05 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000007/) | 2021-01-19 17:00:47 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000004/) | 2021-01-19 16:56:30 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000005/) | 2021-01-19 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000006/) | 2021-01-19 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-21-000010/) | 2021-01-19 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0000899243-20-032159/) | 2020-11-25 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0000899243-20-031803/) | 2020-11-20 00:00:00 |
| 8-K | Current Report (/Document/0001775625-20-000047/) | 2020-11-16 00:00:00 |
| 10-Q | Quarterly Report (/Document/0001775625-20-000048/) | 2020-11-16 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-20-000038/) | 2020-09-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-20-000039/) | 2020-09-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-20-000040/) | 2020-09-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-20-000042/) | 2020-09-02 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001775625-20-000031/) | 2020-08-18 00:00:00 |
| 10-Q | Quarterly Report (/Document/0001775625-20-000029/) | 2020-08-14 00:00:00 |
| 8-K | Current Report (/Document/0001775625-20-000025/) | 2020-08-12 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035440/) | 2020-06-10 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035441/) | 2020-06-10 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035442/) | 2020-06-10 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035443/) | 2020-06-10 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035444/) | 2020-06-10 00:00:00 |
| 8-K | Current Report (/Document/0001775625-20-000023/) | 2020-06-08 21:01:30 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035175/) | 2020-06-08 00:00:00 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-035177/) | 2020-06-08 00:00:00 |
| 10-Q | Quarterly Report (/Document/0001775625-20-000020/) | 2020-05-15 17:05:01 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-029344/) | 2020-05-14 19:08:56 |
| 8-K | Current Report (/Document/0001775625-20-000017/) | 2020-05-13 16:06:59 |
| DEF 14A | Definitive Proxy Statement (/Document/0001104659-20-050674/) | 2020-04-24 08:30:45 |
| 3 | Security Ownership Statement (/Document/0001209191-20-024830/) | 2020-04-17 16:30:29 |

| 8-K | Current Report (/Document/0001775625-20-000014/) | 2020-04-17 16:03:44 |
| 8-K | Current Report (/Document/0001775625-20-000012/) | 2020-04-03 16:33:54 |
| 8-K | Current Report (/Document/0001775625-20-000010/) | 2020-03-20 16:02:21 |
| 4 | Security Sale/Purchase Record (/Document/0001209191-20-019475/) | 2020-03-17 10:59:31 |

[ 2 ] Next-> (/CIK/0001775625/2#documents)

0-50 of 90 Results
Page: 1 | 2 (/CIK/0001775625/2#documents) |

## Company Details

| Ticker | XNAS:SDC (/Ticker/SDC) |
| Market Cap | 3.1Bil |
| Net Income | -123.3Mil |
| Sales | 0.8Bil |
| Sector | Healthcare |
| Industry | Medical Devices |
| Stock Style | — |
| Direct Investment | No |
| Dividend Re-Investment | No |

## Investor Relations

| Telephone | +1 800 848-7566 |
| Fax | — |
| Website | www.smiledirectclub.com (https://www.smiledirectclub.com) [domain rank & analysis (https://domain.glass/www.smiledirectclub.com)] |

## Industry Codes

| ISIC | 3250: Manufacture of Medical and Dental Instruments and Supplies |
| NAICS | 339114: Dental Equipment and Supplies Manufacturing |
| SIC | 3741: Pharmaceutical and Medicine Industry Dental Equipment and Supplies 3843 |

## Insiders

| Troy Crawford (/CIK/Search/Troy+Crawford) | Chief Accounting Officer | 2020-07-01 |
| David Katzman (/CIK/Search/David+Katzman) | Chairman of the Board and Chief Executive Officer | 2020-07-01 |
| Steven Katzman (/CIK/Search/Steven+Katzman) | Chief Operating Officer and Director | 2020-07-01 |
| Kyle Wailes (/CIK/Search/Kyle+Wailes) | Chief Financial Officer | 2020-07-01 |

| | | | |
|---|---|---|---|
| Susan Greenspon Rammelt (/CIK/Search/Susan+Greenspon+Rammelt) | Director, Chief Legal Officer, Executive Vice President, Business Relations and Secretary | | 2020-07-01 |
| Kay Oswald (/CIK/Search/Kay+Oswald) | President of International | | 2020-07-01 |

## Company Names & Stock Symbols

| | |
|---|---|
| SmileDirectClub, Inc. | SDC |

## Where To Trade SDC

| Market / Outlet | Security | Exchange | Symbol | Type |
|---|---|---|---|---|
|  (https://join.robinhood.com/luker30) | SmileDirectClub / SmileDirectClub, Inc. Class A Common Stock | US XNAS | SDC | EQ0000000077951444 Tradable: ☑ RHS: ☑ Fractional Shares: ☑ Listed: 2019-09-12 |
|  | SmileDirectClub, Inc. | | SDC | Tradable: ☑ |
|  | SmileDirectClub Inc | | SDC | |
| Webull | SMILEDIRECTCLUB | NASDAQ | SDC | stock Listing Status: ☑ |
| TRADE APP | SmileDirectClub, Inc | NASDAQ | SDC | symbol |
| ZACKS | SmileDirectClub, Inc. | | SDC | S |
|  | SMILEDIRECTCLUB INC CL A COM | NSDQ | SDC | EQ |
| Fidelity | SMILEDIRECTCLUB ORD SHS CLASS A | | SDC | CUSIP: 83192H106 |
| Merrill Lynch | SMILEDIRECTCLUB INC CLASS A | | SDC | Type: 1 |
|  | SMILEDIRECTCLUB INC | CBOE | SDC | currency: USD |
|  | SMILEDIRECTCLUB INC | NASDAQ | SDC | currency: USD Stock Common |
|  | SMILEDIRECTCLUB INC | | SDC | currency: USD |
|  | SMILEDIRECTCLUB INC | | SDC | |

© 2021 SEC.report | Contact (https://sec.report/contact.php) | Privacy Policy (https://sec.report/privacy_policy.php) | API (https://sec.report/api.php) | ☻
(https://www.reddit.com/search/?q=site%3Asec.report) | ◯ (https://twitter.com/EdgarInsider)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)

# EXHIBIT

# D

Exhibit "D"

1 | **DUMMIT, BUCHHOLZ & TRAPP**
Attorneys At Law
2 | 11755 Wilshire Boulevard, 15th Floor
3 | Los Angeles, California 90025-1506
Telephone (310) 479-0944
4 | Fax (310) 312-3836
John T. Maxwell – State Bar No.106826
5 |
6 | Attorneys for Defendant, SMILEDIRECTCLUB, LLC
7 |
8 |
9 |         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
10 |                 **COUNTY OF SAN DIEGO**
11 |
12 | SARA KATZ,
13 |           Plaintiff,
14 |
15 |    -vs-
16 |
17 | SMILEDIRECTCLUB, LLC, a business organization, form unknown; SMILEDIRECTCLUB, a business organization, form unknown; DOES 1 to 60, inclusive,
18 |
19 |          Defendants.

Case No. 37-2020-00029619-CU-PL-CTLV
[Assigned to the Hon. John S. Meyer; Dept. C64]

Complaint Filed: August 24, 2020

**NOTICE OF REMOVAL TO FEDERAL COURT**

20 |
21 |      **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:
22 |      **PLEASE TAKE NOTICE THAT** a Notice of Removal of this action was filed in the
23 | United States Court for the Southern District of California on February 19, 2021, Case Number:
24 | _____.
25 | // //
26 | // //
27 | // //
28 | // //

1
NOTICE OF REMOVAL TO FEDERAL COURT

1    A filed copy of the above-mentioned Notice of Removal is attached to this notice.

2    DATED: February 19, 2021                    DUMMIT, BUCHHOLZ & TRAPP

3

4                                                 By: _____

5                                                      John T. Maxwell

6                                                 Attorney for Defendant, SMILEDIRECTCLUB,
                                                  LLC, a business organization,

7                                                 SMILEDIRECTCLUB, a business organization,
                                                  form unknown

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

3

    I am employed in the County of Los Angeles, State of California, I am over the age of

4

eighteen years and not a party to the within action; my business address is 11755 Wilshire
Boulevard, 15th Floor, Los Angeles, California 90025-1506.

5

6

    On February 19, 2021, I served the foregoing document described as **NOTICE OF
REMOVAL TO FEDERAL COURT** on the interested parties in this action by transmitting [ ]

7

the original [X] a true copy thereof as follows:

8

Robert P. Ottilie, Esq.
ATTORNEY AT LAW

9

444 West C Street
Suite 320

10

San Diego, CA 92101-3597

11

[]     (BY FAX) I hereby certify that this document was served by fax delivery on all parties

12

    listed herein at their respective most recent fax numbers of record in this action on this
    date.

13

[✔]     (BY ELECTRONIC TRANSMISSION) In accordance with Emergency Rule 12(b)(2) of

14

    the California Rules of Court, service by electronically e-mailing the document listed to
    the e-mail address as set forth on the attached service list.

15

16

[✔]     (BY MAIL) I am familiar with the regular mail collection and processing practices of said
    business, and in the ordinary course of business, the mail is enclosed in sealed envelopes

17

    with postage thereon fully prepaid and deposited with the United States Postal Service that
    same day. I deposited such envelopes in the mail at Los Angeles, California.

18

19

[✔]     (STATE) I declare under penalty of perjury under the laws of the State of California that
    the above is true and correct.

20

21

[]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this
    Court at whose direction the service was made.

22

23

Executed on February 19, 2021, at Los Angeles, California.

24

25

_____
Brandee N. Wood

26

27

28

3

NOTICE OF REMOVAL TO FEDERAL COURT

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within action; my business address is 11755 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-1506.

On February 19, 2021, I served the foregoing document described as **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446** on the interested party in this action by transmitting [ ] the original [x] a true copy thereof as follows:

Robert P. Ottilie, Esq.
ATTORNEY AT LAW
444 West C Street
Suite 320
San Diego, CA  92101-3597

[]   (BY FAX) I hereby certify that this document was served by fax delivery on all parties listed herein at their respective most recent fax numbers of record in this action on this date.

[✔]   (BY ELECTRONIC TRANSMISSION) In accordance with Emergency Rule 12(b)(2) of the California Rules of Court, service by electronically e-mailing the document listed to the e-mail address as set forth on the attached service list.

[✔]   (BY MAIL) I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business, the mail is enclosed in sealed envelopes with postage thereon fully prepaid and deposited with the United States Postal Service that same day.  I deposited such envelopes in the mail at Los Angeles, California.

[✔]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2021, at Los Angeles, California.

Brandee N. Wood