UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA KATZ,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, LLC, et al.,<br><br>Defendants. | Case No.: 21-cv-315-MMA (MSB)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

On February 22, 2021, Defendant SMILEDIRECTCLUB, LLC ("Defendant") filed a notice of removal, removing Case No. 37-2020-00029619-CU-PL-CTLV from the Superior Court of the State of California, County of San Diego to federal court. *See* Doc. No. 1.  It appears that this was done in error, as Defendant promptly filed a "Notice of Withdrawal" of the notice of removal. *See* Doc. No. 2.  However, as the Court noted in its March 9, 2021 Discrepancy Order, case initiating documents cannot be withdrawn via notices of withdrawal. *See* Doc. No. 4.  To date, the parties have not stipulated to dismissal or remand of this case, and there has been no activity in this case since the Court's March 9, 2021 Order.  The Court takes notice that the case continued to proceed in the Superior Court and was ultimately dismissed in its entirety at Plaintiff's request on

1 | August 3, 2021. Accordingly, the Court **DIRECTS** the Clerk of Court to close this case.
2 |     **IT IS SO ORDERED.**
3 | Dated: August 24, 2021

                                                */s/ Michael M. Anello*
                                     HON. MICHAEL M. ANELLO
                                     United States District Judge